Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  17−30839−KCF
                    Chapter:  13
                    Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Stuart Catalano                                Mary A. Catalano
   79 Second Street                            79 Second Street
   Keyport, NJ 07735                        Keyport, NJ 07735

Social Security No.:
   xxx−xx−8644                                    xxx−xx−0885

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on August 10, 2018.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 13, 2018
JAN: slf

                                                                                        Jeanne Naughton
                                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-30839-KCF
Stuart Catalano                                                     Chapter 13
Mary A. Catalano
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Aug 13, 2018
                              Form ID: 148         Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2018.
```
db/jdb         +Stuart Catalano,    Mary A. Catalano,    79 Second Street,    Keyport, NJ 07735-1809
517121428      +Boro of Keyport Water/Sewer Dept,     70 West Front Street,    Keyport, NJ 07735-1241
517121429      +Capital One,    Att: Midland Credit Management,    2365 Northside Drive,    Suite 300,
                 San Diego, CA 92108-2709
517121430      +Cenlar,    PO Box 77407,    Trenton, NJ 08628-6407
517121431       Hackensack Meridian Health,    PO Box 650292,    Dallas, TX 75265-0292
517313186      +HomeBridge Financial Services, Inc.,     c/o Cenlar FSB,    425 Phillips Blvd,
                 Ewing, NJ 08618-1430
517121433      +Kohl's,    Att: QCS,    PO Box 4699,    Petaluma, CA 94955-4699
517121434      +Monmouth Co Sheriff,    Att: Foreclosure Unit,    2500 Kozloski Rd,    Freehold, NJ 07728-4424
517121437      +Pluese Becker & Saltzman,    20000 Horizon Way,    Suite 900,    Mount Laurel, NJ 08054-4318
517121439       Riverview Womens Health,    Att: Apex Asset Management,    2501 Oregon Pike,    Suite 102,
                 Lancaster, PA 17601-4890
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 13 2018 23:46:45      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 13 2018 23:46:41      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517297781       EDI: RESURGENT.COM Aug 14 2018 03:13:00      Ashley Funding Services, LLC its successors and,
                 assigns as assignee of Laboratory,    Corporation of America Holdings,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517258059       EDI: BL-BECKET.COM Aug 14 2018 03:13:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
517121432      +E-mail/Text: Bankruptcy@homebridge.com Aug 13 2018 23:47:36       Homebridge Financial Services,
                 194 Wood Ave S,    9th Fl,    Iselin, NJ 08830-2761
517121436      +E-mail/Text: bcwrtoff@cablevision.com Aug 13 2018 23:47:34       Optimum,
                 6 Corporate Center Drive,    Melville, NY 11747-3845
517310562       EDI: Q3G.COM Aug 14 2018 03:13:00      Quantum3 Group LLC as agent for,    CF Medical LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
517121440      +E-mail/Text: marisa.sheppard@timepayment.com Aug 13 2018 23:46:54       Time Payment Corp.,
                 1600 District Avenue,    Suite 200,    Burlington, MA 01803-5233
517232650      +EDI: AIS.COM Aug 14 2018 03:13:00      Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                                TOTAL: 9
```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
517121435      ##Navesink Radiology, LLC,    PO Box 9337,    Peoria, IL 61612-9337
517121438      ##+Riverview Op-Meridian Healthsystem,    Att: Certified Credit & Collection,    PO Box 336,
                 Raritan, NJ 08869-0336
                                                                                   TOTALS: 0, * 0, ## 2
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3           User: admin              Page 2 of 2            Date Rcvd: Aug 13, 2018
                               Form ID: 148             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2018 at the address(es) listed below:
```
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    HomeBridge Financial Services, Inc.
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Warren    Brumel    on behalf of Debtor Stuart   Catalano wbrumel@keyportlaw.com,
               brumellawecf@gmail.com
              Warren    Brumel    on behalf of Joint Debtor Mary A. Catalano wbrumel@keyportlaw.com,
               brumellawecf@gmail.com
                                                                                      TOTAL: 6
```